B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Spanish Peaks Holdings II, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**71-0872075** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**75 Big Spur Road**<br>**Big Sky, MT**<br>ZIP Code **59716** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Gallatin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spanish Peaks Holdings II, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Spanish Peaks Holdings II, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas J. Francella, Jr.**
Signature of Attorney for Debtor(s)

**Thomas J. Francella, Jr. 3835**
Printed Name of Attorney for Debtor(s)

**Whiteford, Taylor & Preston, LLC**
Firm Name

**1220 N. Market Street**
**Suite 608**
**Wilmington, DE 19801**

Address

**302-353-4144 Fax: 302-661-7950**
Telephone Number

**October 14, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Douglas L. Hein**
Signature of Authorized Individual

**Douglas L. Hein**
Printed Name of Authorized Individual

**Chief Financial Officer**
Title of Authorized Individual

**October 14, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re   **Spanish Peaks Holdings II, LLC**                                    ,   Case No. _____
                                         Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Spanish Peaks Lodge, LLC** <br> **Delaware** | **Affiliate** | **10/14/11** |
| **The Club at Spanish Peaks, LLC** <br> **Delaware** | **Affiliate** | **10/14/11** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                              *

**SPANISH PEAKS HOLDINGS II, LLC**                  *        Case No: 7-
                                                             (Chapter 7)
                                                    *
        Debtor.
* * * * * * * * * * * * * *

### CERTIFICATION OF RESOLUTION

Douglas L. Hein, being the Chief Financial Officer of SPANISH PEAKS HOLDINGS II, LLC, a limited liability company organized under the laws of the State of Delaware (the "Company"), does hereby certify the resolutions attached hereto as **Exhibit A** were duly adopted by the Board of Directors of the Company by unanimous consent, which resolutions have not been amended, modified or rescinded and remain in full force and effect.

**IN WITNESS WHEREOF**, I have signed this certificate by Order of the Board of Directors on October ___, 2011.

                                        SPANISH PEAKS HOLDINGS II, LLC

                                        By: _____
                                            Douglas L. Hein
                                            Chief Financial Officer

# EXHIBIT A

## RESOLUTION OF
## ACTION OF THE BOARD MANAGERS
## OF SPANISH PEAKS HOLDINGS II, LLC

**RESOLVED**, that in the judgment of the Managers of SPANISH PEAKS HOLDINGS II, LLC (the "Company"), it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that any officer of the Company is authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 7 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as such officer may determine; and it is further

**RESOLVED**, that any officer of the Company is authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that such officer may deem necessary or proper in connection with the chapter 7 case of the Company; and it is further

**RESOLVED**, that any officer of the Company is authorized and directed to retain the law firm of Whiteford, Taylor & Preston, L.L.P. to render legal services to and to represent the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as such officer shall approve; and it is further

**RESOLVED**, that any officer of the Company is authorized to retain a professional to render accounting and financial advisory services to the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as such officer shall approve; and it is further

**RESOLVED**, that any officer of the Company is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist or consult with the Company during the chapter 7 case; and it is further

**RESOLVED**, that any officer of the Company is authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in his judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Managers or any officer of the Company which are necessary or appropriate to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

*1973771*

# UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF MANAGERS
### of
### SPANISH PEAKS HOLDINGS II, LLC

October __, 2011

The undersigned, being all of the Managers of SPANISH PEAKS HOLDINGS II, LLC, a Delaware limited liability company (the "Company"), acting by written consent in lieu of a meeting, do hereby waive all notice of time, place and purpose of a meeting and consent to, approve and ratify the following resolutions and actions as of the date first above written:

**RESOLVED**, that in the judgment of the Managers of SPANISH PEAKS HOLDINGS II, LLC (the "Company"), it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a voluntary petition for relief under chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") be, and it hereby is, authorized and approved; and it is further

**RESOLVED**, that any officer of the Company is authorized and empowered, in the name of the Company, to execute and verify a petition for relief under chapter 7 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court at such time as such officer may determine; and it is further

**RESOLVED**, that any officer of the Company is authorized to execute and file on behalf of the Company all petitions, schedules, lists, documents, pleadings and other papers and to take any and all action that such officer may deem necessary or proper in connection with the chapter 7 case of the Company; and it is further

**RESOLVED**, that any officer of the Company is authorized and directed to retain the law firm of Whiteford, Taylor & Preston, L.L.P. to render legal services to and to represent the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as such officer shall approve; and it is further

**RESOLVED**, that any officer of the Company is authorized to retain a professional to render accounting and financial advisory services to the Company in connection with such chapter 7 case and other related matters in connection therewith, upon such terms and conditions as such officer shall approve; and it is further

**RESOLVED**, that any officer of the Company is authorized to retain such other professionals as he deems necessary and appropriate to represent, assist or consult with the Company during the chapter 7 case; and it is further

**RESOLVED**, that any officer of the Company is authorized and directed to take any and all further actions and to execute and deliver any and all further instruments and documents and pay all expenses (subject to Bankruptcy Court approval, where necessary), in each case as in his judgment shall be necessary or desirable in order to fully carry out the intent and accomplish the purpose of the resolutions adopted herein; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by the Managers or any officer of the Company which are necessary or appropriate to effectuate the intent of the resolutions adopted herein, are hereby in all respects ratified, confirmed, and approved.

**IN WITNESS WHEREOF**, we have executed this consent as of the date set forth above.

**BOARD OF MANAGERS**

_____
James J. Dolan

_____
W. Dean Genge

_____
Douglas L. Hein

1973944

*Board Consent Dated October ___, 2011*

# United States Bankruptcy Court
## District of Delaware

In re **Spanish Peaks Holdings II, LLC**  
Debtor(s)

Case No.  
Chapter **7**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Spanish Peaks Holdings II, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Spanish Peaks Development, LLC**

☐ None [*Check if applicable*]

**October 14, 2011**  
Date

**/s/ Thomas J. Francella, Jr.**  
**Thomas J. Francella, Jr. 3835**  
Signature of Attorney or Litigant  
Counsel for **Spanish Peaks Holdings II, LLC**  
**Whiteford, Taylor & Preston, LLC**  
**1220 N. Market Street**  
**Suite 608**  
**Wilmington, DE 19801**  
**302-353-4144 Fax:302-661-7950**

# United States Bankruptcy Court
## District of Delaware

In re **Spanish Peaks Holdings II, LLC**  
Debtor(s)

Case No.  
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 14, 2011**

**/s/ Douglas L. Hein**
**Douglas L. Hein**/**Chief Financial Officer**
Signer/Title

| | | |
|---|---|---|
| SPANISH PEAKS HOLDINGS II, LLC<br>75 BIG SPUR ROAD<br>BIG SKY, MT 59716 | ASCENT RESORT PARTNERS<br>90 BETA DRIVE<br>PITTSBURGH, PA 15238 | CALLENDER IRREVOCABLE TRUS<br>PO BOX 161045<br>BIG SKY, MT 59716 |
| THOMAS J. FRANCELLA, JR.<br>WHITEFORD, TAYLOR & PRESTON, LLC<br>1220 N. MARKET STREET<br>SUITE 608<br>WILMINGTON, DE 19801 | BIG SKY COUNTY WATER<br>PO BOX 160670<br>561 LITTLE COYOTE RD<br>BIG SKY, MT 59716 | CARRIE PATTERSON DESIGN<br>AND PHOTOGRAPHY<br>PO BOX 6482<br>JACKSON, WY 83002 |
| A.K. DRILLING<br>185 SPUTH PARKMONT<br>BUTTE, MT 59701 | BIG SKY PUBLISHING<br>PO BOX 1190<br>BOZEMAN, MT 59771 | CASTILLO & RUIG COMMUNICAT<br>323 BICKNELL AVE<br>SUITE 106<br>SANTA MONICA, CA 90405 |
| ADVANCED WASTE WATER SPEC.<br>P.O. BOX 796<br>LIVINGSTON, MT 59047 | BIG SKY RESORT AREA DISTRICT<br>PO BOX 161331<br>BIG SKY, MT 59716 | CHUBB GROUP OF INS. COS<br>PO BOX 7777 - 1630<br>PHILADELPHIA, PA 19175-1630 |
| ALCORN CHRISTIE INS. AGENCY INC<br>110 ROESSLER ROAD<br>PITTSBURGH, PA 15220 | BIG SKY RESORT, LLC<br>AND BOYNE USA<br>1 BOYNE MOUNTAIN ROAD<br>BOYNE FALLS, MI 49713 | CITGROUP GLOBAL MARKETS<br>REALTY CORP<br>388 GREENWICH ST. 19TH FL<br>NEW YORK, NY 10013 |
| AMERICAN EXPRESS<br>CPC REMITTANCE PROCESSING<br>2975 WEST COPR LAKES BLVD<br>WESTON, FL 33331-3626 | BILLION AUTO BODY<br>#1 AUTO PLAZA DR<br>BOZEMAN, MT 59718 | CORNERSTONE MGMT SVC<br>3091 PINE DR. BLDG.6 UNIT3<br>P.O. BOX 161873<br>BIG SKY, MT 59716 |
| AMERICAN HALLMARK<br>INSURANCE COMPANY OF TEXAS<br>PO BOX 901089<br>FORT WORTH, TX 76101 | BOB AND KAREN FOSTER<br>2100 ROSS AVE<br>DALLAS, TX 75201 | CRAIG & REBECCA FOXHOVER<br>1810 GULF SHORE BLVD. N<br>NAPLES, FL 34102 |
| AMERICAN LAND DEVELOPMENT<br>TWO CHATHAM CENTER<br>SECOND FLOOR<br>PITTSBURGH, PA 15219 | BOB AND SUSAN ABLEIDINGER<br>34 LINKSIDE COURT<br>ARDEN, NC 28704 | CS CAPITAL ADVISORS LLC<br>280 PARK AVENUE 10TH FLOOR<br>NEW YORK, NY 10017 |
| ANDERSON ENTERPRISES<br>P.O. BOX 160151<br>BIG SKY, MT 59716 | BRADLEY CLARK<br>36 HAGGERTY HILL ROAD<br>RHINEBECK, NY 12572 | CTA<br>1143 STONERIDGE DRIVE<br>BOZEMAN, MT 59718 |
| ASCENT DATA<br>90 BETA DRIVE<br>PITTSBURGH, PA 15238 | BURNING STOVES & STUFF<br>7007 JACKRABBIT LANE<br>BELGRADE, MT 59714 | DAVE LENZ<br>DJ AND THE THREE K'S<br>1600 ASPEN COMMONS STE 200<br>MIDDLETON, WI 53562 |

| | | |
|---|---|---|
| DAVID AND AMY LIEBOWITZ<br>151 E 58TH STREET, APT 54E<br>NEW YORK, NY 10022 | GRASS MASTER<br>1192 EAST DRAPER PARKWAY #221<br>DRAPER, UT 84020 | JOHN BURKHOLDER<br>413 TWIN CREEKS CIRCLE<br>DRIPPING SPRINGS, TX 78620 |
| DAVID MARLOW PHOTOGRAPHY<br>421 AABC, SUITE J<br>#REF!, CO 81611 | HANDS ON INC<br>7510 PIONEER WAY<br>BOZEMAN, MT 59718 | JOHN ROBBINS<br>1255 ODELL SCHOOL ROAD<br>CONCORD, NC 28027 |
| DICK CONSTRUCTION COMPANY<br>1900 STATE ROUTE 51<br>PITTSBURGH, PA 15025 | HART HOWERTON<br>ONE UNION STREET<br>2ND FLOOR<br>SAN FRANCISCO, CA 94111 | JTL GROUP, INC.<br>P. O. BOX 9<br>BELGRADE, MT 59714-0009 |
| DOUG GARLAND<br>CINDY MILLINGTON<br>MEMORIAL ORTHO SURG GROUP<br>2760 ATLANTIC AVE<br>LONG BEACH, CA 90806 | HD SUPPLY WATERWORKS<br>BRANCH 593<br>5420 JACKRABBIT LANE<br>BELGRADE, MT 59714 | JUERGEN AND RENATA MROSS<br>210 CREEK DRIVE<br>SEWICKLEY, PA 15143 |
| DR. JEFFREY MCLAUGHLIN<br>KENNEDY CENTER<br>2700 WEST 9TH AVE, SUITE 1250<br>OSHKOSH, WI 54904 | HIGH COUNTRY PAVING<br>5200 THORPE ROAD<br>BELGRADE, MT 59714 | KEEYWADIN HOLDINGS<br>260 BAY ROAD<br>NAPLES, FL 34102 |
| ELIAS, MATZ, TEIRNAN & HERRICK<br>WALKER BLDG 12TH FL<br>734 15TH NW<br>WASHINGTON, DC 20005 | HOLLAND & HART, LLP<br>PO BOX 639<br>BILLINGS, MT 59103 | KLEEN KING<br>PO BOX 60503<br>BOZEMAN, MT 59771 |
| FAIRCOUNT MEDIA GROUP<br>5 ELLA MEWS<br>LONDON NW3 2NH | HOLLAND & KNIGHT<br>2099 PENNSYLVANIA NW<br>STE 100<br>WASHINGTON, DC 20006-6801 | MADISON COUNTY TREASURER<br>100 E. WALLACE<br>VIRGINIA CITY, MT 59755 |
| GALLATIN COUNTY TREASURER<br>311 WEST MAIN<br>BOZEMAN, MT 59715 | INK OUTSIDE THE BOX<br>P.O. BOX 1376<br>BOZEMAN, MT 59771-1376 | MALCOLM DRILLING CO. INC.<br>3503 BREAKWATER CT<br>HAYWARD, CA 94545 |
| GALLATIN RIVER, LLC<br>204 SUMMIT CIRCLE<br>GIBSONIA, PA 15044 | JAMIE AND COURTNEY PESCHEL<br>200 E 72ND ST<br>APT 32F<br>NEW YORK, NY 10021 | MCGUIRE WOODS LLP<br>ATTN: ACCOUNTS RECEIVABLE<br>901 E. CARY STREET<br>RICHMAOND, VA 23286-0645 |
| GARLINGTON, LOHN<br> AND ROBINSON, PLLP<br>PO BOX 7909<br>MISSOULA, MT 59807-7909 | JIM AND JOY KAROL<br>1227 UPPER HAPPY VALLEY RD<br>LAFAYETTE, CA 94549 | MODELL ASSOCIATES, INC.<br>204 PARK AVE. #2B<br>BASALT, CO 81621 |

| | | |
|---|---|---|
| MONTANA OPTICOM<br>47246 GALLATIN ROAD<br>GALLATIN GATEWAY, MT 59730 | RC HOLSINGER ASSOCIATES, P.C.<br>NORTHRIDGE OFFICE PLAZA<br>117 VIP DRIVE, SUITE 220<br>WEXFORD, PA 15090 | TETON HERITAGE BUILDERS<br>80127 GALLATIN ROAD<br>SUITE B<br>BOZEMAN, MT 59718 |
| MORRISON MAIERLE<br>2880 TECHNOLOGY BLVD. WEST<br>BOZEMAN, MT 59718 | RCPF, LLC<br>90 BETA DRIVE<br>PITTSBURGH, PA 15238 | THORNOCK FINE CARPENTRY C<br>7960 CHURCHILL ROAD<br>MANHATTAN, MT 59741 |
| MOUNTAIN VIEW TRUE VALUE<br>47835 GALLATIN ROAD<br>P.O. BOX 160610<br>BIG SKY, MT 59716-0610 | REED SMITH<br>PO BOX 360074M<br>PITTSBURGH, PA 15251-6074 | TIM AND TRICIA KISH<br>169 ANDREWS RD<br>GUILFORD, CT 06437 |
| NISHKIAN MONKS<br>108 W BABCOCK<br>BOZEMAN, MT 59715 | RESORT CAPITAL PARTNERS<br>  SP1 LLC<br>90 BETA DRIVE<br>PITTSBURGH, PA 15238 | TREADWELL & ROLLO<br>ENVIRONMENTAL & GEOLOGICALC<br>555 MONTGOMERY STREET<br>SAN FRANCISCO, CA 94111 |
| NORTHWESTERN ENERGY<br>40 E BROADWAY<br>BUTTE, MT 59707-0001 | RIVERS TO PEAKS<br>P.O. BOX 160730<br>BIG SKY, MT 58716 | VOYAGER GROUP MGMT SVC<br>2 CHATHAM CENTER<br>2ND FLOOR<br>PITTSBURGH, PA 15219 |
| OBSIDIAN PARTNERS II<br>90 BETA DRIVE<br>PITTSBURGH, PA 15219 | SCOTT AND KATHY LARSON<br>1500 WEST RED FOX RD.<br>PARK CITY, UT 84098 | VOYAGER LENDING SERVICES<br>90 BETA DRIVE<br>PITTSBURGH, PA 15238 |
| PACHULSKI STANG ZIEHL<br> & JONES LLP<br>10100 SANTA MONICA BLVD<br>11TH FLOOR<br>LOS ANGELES, CA 90067 | SETTLEMENT CABINS OWNERS ASSN<br>TWO CHATHAM CENTER, 2ND FLOOR<br>PITTSBURGH, PA 15129 | VOYAGER PROPERTIES, LLC<br>2 CHATHAM CENTER<br>PITTSBURGH, PA 15219 |
| PAUL & NICOLE SCHNEIDER<br>2951 SHELTER CREEK CT.<br>GREEN BAY, WI 54313 | SHERWOOD ENGINEERING<br>ONE UNION STREET 2ND FLOOR<br>SAN FRANCISCO, CA 94111 | WALKER EXCAVATION, INC.<br>270 FLOSS ROAD SUITE B<br>BELGRADE, MT 59714 |
| PETER FORSCH<br>12866 EAST YUCCA STREET<br>SCOTTSDALE, AZ 85259 | SPANISH PEAKS OWNERS ASSN<br>TWO CHATHAM CENTER, 2ND FLOOR<br>PITTSBURGH, PA 15129 | WHITE AND WILLIAMS LLP<br>1800 ONE LIBERTY PLACE<br>PHILADELPHIA, PA 19103-7395 |
| PPYC SPRAYING<br>477 DAN ROAD<br>MANHATTAN, MT 59741 | TARLOW STONECIPHER<br> & STEELE PLLP<br>1705 W. COLLEGE ST.<br>BOZEMAN, MT 59715-4913 | WILSON AND ASSOCIATES<br>3811 TURTLE CREEK BLVD.<br>SUITE 1500<br>DALLAS, TX 75219 |