# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: * | |
| **SPANISH PEAKS** * | Case No.: 11          through |
| **HOLDINGS II, LLC,** *et al.* | Case No.: 11 |
| * | |
| **Debtors.** | |
| * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## Disclosure of Compensation of Attorneys for Debtors

Thomas J. Francella, Esquire and Whiteford Taylor & Preston, LLP ("WT&P") have, and will continue to receive compensation for legal services provided to debtors, Spanish Peaks Holdings II, LLC, *et al.*, (the "Debtors")[1] based upon WT&P's hourly rates.

Prior to the petition date, WT&P received the sum of $75,000.00 as a retainer from the Debtors' affiliate, Voyager Lending Services, LLC, for services to be rendered and expenses to be incurred by WT&P in the preparation for and prosecution of these chapter 7 cases. The retainer was partially drawn against immediately prior to the filing of the cases.

WT&P will also be paid for any post-petition services on an hourly basis from exempt funds or from funds of the Debtors' non-debtor affiliates.

---

[1] The Debtors are collectively, Spanish Peaks Holdings, II, LLC; SP Settlement Cabins I, LLC; SP Settlement Cabins II, LLC; SP Settlement Cabins III, LLC; Spanish Peaks Lodge, LLC; and The Club at Spanish Peaks, LLC.

Dated: October 14, 2011                WHITEFORD, TAYLOR & PRESTON, L.L.P.

/s/ Thomas J. Francella
Thomas J. Francella, Bar No. 04394
1220 North Market Street, Suite 608
Wilmington, Delaware 19801
(302) 353-4144

Counsel for the Debtors

*1973816*