# Notice Recipients

District/Off: 0311−1  User: Cheryl  Date Created: 10/17/2011
Case: 11−13300−BLS  Form ID: b9b  Total: 94

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Spanish Peaks Holdings II, LLC | 75 Big Spur Road | Big Sky, MT 59716 | | |
| ust | United States Trustee | 844 King Street, Room 2207 | Lockbox #35 | Wilmington, DE 19899−0035 | |
| tr | Charles M. Forman | Forman Holt Eliades &Ravin LLC | 80 Route 4 East | Suite 290 | Paramus, NJ 07652 |
| aty | Thomas Joseph Francella, Jr. | Whiteford Taylor Preston LLC | 1220 North Market Street, Suite 608 | Wilmington, DE 19801 | |
| 5778915 | A.K. Drilling | 185 Sputh Parkmont | Butte, MT 59701 | | |
| 5778919 | AMERICAN HALLMARK | INSURANCE COMPANY OF TEXAS | PO BOX 901089 | FORT WORTH, TX 76101 | |
| 5778916 | Advanced Waste Water Spec. | P.O. Box 796 | Livingston, MT 59047 | | |
| 5778917 | Alcorn Christie Ins. Agency Inc | 110 Roessler Road | Pittsburgh, PA 15220 | | |
| 5778918 | American Express | CPC Remittance Processing | 2975 West Copr Lakes Blvd | Weston, FL 33331−3626 | |
| 5778920 | American Land Development | Two Chatham Center | Second Floor | Pittsburgh, PA 15219 | |
| 5778921 | Anderson Enterprises | P.O. Box 160151 | Big Sky, MT 59716 | | |
| 5778922 | Ascent Data | 90 Beta Drive | Pittsburgh, PA 15238 | | |
| 5778923 | Ascent Resort Partners | 90 Beta Drive | Pittsburgh, PA 15238 | | |
| 5778924 | Big Sky County Water | PO Box 160670 | 561 Little Coyote Rd | Big Sky, MT 59716 | |
| 5778925 | Big Sky Publishing | PO Box 1190 | Bozeman, MT 59771 | | |
| 5778926 | Big Sky Resort Area District | PO Box 161331 | Big Sky, MT 59716 | | |
| 5778927 | Big Sky Resort, LLC | and Boyne USA | 1 Boyne Mountain Road | Boyne Falls, MI 49713 | |
| 5778928 | Billion Auto Body | #1 Auto Plaza Dr | Bozeman, MT 59718 | | |
| 5778929 | Bob and Karen Foster | 2100 ross ave | Dallas, TX 75201 | | |
| 5778930 | Bob and Susan Ableidinger | 34 Linkside Court | Arden, NC 28704 | | |
| 5778931 | Bradley Clark | 36 Haggerty Hill Road | Rhinebeck, NY 12572 | | |
| 5778932 | Burning Stoves &Stuff | 7007 JackRabbit Lane | Belgrade, MT 59714 | | |
| 5778940 | CS Capital Advisors LLC | 280 Park Avenue 10th floor | New York, NY 10017 | | |
| 5778941 | CTA | 1143 Stoneridge Drive | Bozeman, MT 59718 | | |
| 5778933 | Callender Irrevocable Trust | PO Box 161045 | Big Sky, MT 59716 | | |
| 5778934 | Carrie Patterson Design | and Photography | PO Box 6482 | Jackson, WY 83002 | |
| 5778935 | Castillo &Ruig Communications | 323 Bicknell Ave | Suite 106 | Santa Monica, CA 90405 | |
| 5778936 | Chubb Group of Ins. Cos | PO Box 7777 − 1630 | Philadelphia, PA 19175−1630 | | |
| 5778937 | Citgroup Global Markets | Realty Corp | 388 Greenwich St. 19th Fl | New York, NY 10013 | |
| 5778938 | Cornerstone Mgmt Svc | 3091 Pine Dr. Bldg.6 Unit3 | P.O. Box 161873 | Big Sky, MT 59716 | |
| 5778939 | Craig and Rebecca Foxhoven | 1810 GULF SHORE Blvd. N | Naples, FL 34102 | | |
| 5778942 | Dave Lenz | DJ and The Three K's | 1600 Aspen Commons Ste 200 | Middleton, WI 53562 | |
| 5778944 | David Marlow Photography | 421 AABC, Suite J | #REF!, CO 81611 | | |
| 5778943 | David and Amy Liebowitz | 151 E 58th Street, Apt 54E | New York, NY 10022 | | |
| 5779627 | Department of Labor | Division of Unemployment Insurance | P.O. Box 9953 | Wilmington, DE 19809 | |
| 5778945 | Dick Construction Company | 1900 State Route 51 | Pittsburgh, PA 15025 | | |
| 5778946 | Doug Garland | Cindy Millington | Memorial Ortho Surg Group | 2760 Atlantic Ave | Long Beach, CA 90806 |
| 5778947 | Dr. Jeffrey McLaughlin | Kennedy Center | 2700 West 9th Ave, Suite 1250 | Oshkosh, WI 54904 | |
| 5778948 | Elias, Matz, Teirnan &Herrick | Walker Bldg 12th Fl | 734 15th NW | Washington, DC 20005 | |
| 5778949 | Faircount Media Group | 5 Ella Mews | London NW3 2NH | | |
| 5778950 | Gallatin County Treasurer | 311 West Main | Bozeman, MT 59715 | | |
| 5778951 | Gallatin River, LLC | 204 Summit Circle | Gibsonia, PA 15044 | | |
| 5778952 | Garlington, Lohn | and Robinson, PLLP | PO Box 7909 | Missoula, MT 59807−7909 | |
| 5778953 | Grass Master | 1192 East Draper Parkway #221 | Draper, UT 84020 | | |
| 5778956 | HD Supply Waterworks | Branch 593 | 5420 Jackrabbit Lane | Belgrade, MT 59714 | |
| 5778954 | Hands On Inc | 7510 Pioneer Way | Bozeman, MT 59718 | | |
| 5778955 | Hart Howerton | One Union Street | 2nd Floor | San Francisco, CA 94111 | |
| 5778957 | High Country Paving | 5200 Thorpe Road | Belgrade, MT 59714 | | |
| 5778958 | Holland &Hart, LLP | PO Box 639 | Billings, MT 59103 | | |
| 5778959 | Holland &Knight | 2099 Pennsylvania NW | ste 100 | Washington, DC 20006−6801 | |
| 5778960 | Ink Outside The Box | P.O. Box 1376 | Bozeman, MT 59771−1376 | | |
| 5778965 | JTL Group, Inc. | P. O. Box 9 | Belgrade, MT 59714−0009 | | |
| 5778961 | Jamie and Courtney Peschel | 200 E 72nd St | Apt 32F | New York, NY 10021 | |
| 5778962 | Jim and Joy Karol | 1227 Upper Happy Valley Rd | Lafayette, CA 94549 | | |
| 5778963 | John Burkholder | 413 Twin Creeks Circle | Dripping Springs, TX 78620 | | |
| 5778964 | John Robbins | 1255 Odell School Road | Concord, NC 28027 | | |
| 5778966 | Juergen and Renata Mross | 210 Creek Drive | Sewickley, PA 15143 | | |
| 5778967 | Keeywadin Holdings | 260 Bay Road | Naples, FL 34102 | | |
| 5778968 | Kleen King | PO Box 60503 | Bozeman, MT 59771 | | |
| 5778969 | Madison County Treasurer | 100 E. Wallace | Virginia City, MT 59755 | | |
| 5778970 | Malcolm Drilling Co. Inc. | 3503 Breakwater Ct | Hayward, CA 94545 | | |

| | | | | | |
|---|---|---|---|---|---|
| 5778971 | McGuire Woods LLP | Attn: Accounts Receivable | 901 E. Cary Street | Richmaond, VA 23286–0645 | |
| 5778972 | Modell Associates, Inc. | 204 Park Ave. #2B | Basalt, CO 81621 | | |
| 5778973 | Montana Opticom | 47246 Gallatin Road | Gallatin Gateway, MT 59730 | | |
| 5778974 | Morrison Maierle | 2880 Technology Blvd. West | Bozeman, MT 59718 | | |
| 5778975 | Mountain View True Value | 47835 Gallatin Road | P.O. Box 160610 | Big Sky, MT 59716–0610 | |
| 5778976 | Nishkian Monks | 108 W Babcock | Bozeman, MT 59715 | | |
| 5778977 | Northwestern Energy | 40 E Broadway | Butte, MT 59707–0001 | | |
| 5778978 | Obsidian Partners II | 90 Beta Drive | Pittsburgh, PA 15219 | | |
| 5778982 | PPYC Spraying | 477 Dan Road | Manhattan, MT 59741 | | |
| 5778979 | Pachulski Stang Ziehl | &Jones LLP | 10100 Santa Monica Blvd | 11th Floor | Los Angeles, CA 90067 |
| 5778980 | Paul &Nicole Schneider | 2951 Shelter Creek Ct. | Green Bay, WI 54313 | | |
| 5778981 | Peter Forsch | 12866 East Yucca Street | Scottsdale, AZ 85259 | | |
| 5778983 | RC Holsinger Associates, P.C. | Northridge Office Plaza | 117 VIP Drive, Suite 220 | Wexford, PA 15090 | |
| 5778984 | RCPF, LLC | 90 Beta Drive | Pittsburgh, PA 15238 | | |
| 5778985 | Reed Smith | PO Box 360074M | Pittsburgh, PA 15251–6074 | | |
| 5778986 | Resort Capital Partners | SP1 LLC | 90 Beta Drive | Pittsburgh, PA 15238 | |
| 5778987 | Rivers To Peaks | P.O. Box 160730 | Big Sky, MT 58716 | | |
| 5778988 | Scott and Kathy Larson | 1500 West Red Fox Rd. | Park City, UT 84098 | | |
| 5778989 | Settlement Cabins Owners Assn | Two Chatham Center, 2nd Floor | Pittsburgh, PA 15129 | | |
| 5778990 | Sherwood Engineering | One Union Street 2nd floor | San Francisco, CA 94111 | | |
| 5778991 | Spanish Peaks Owners Assn | Two Chatham Center, 2nd Floor | Pittsburgh, PA 15129 | | |
| 5779626 | State of Delaware | Division of Revenue | 820 N. French Street, 8th Floor | Wilmington, DE 19801–0820 | |
| 5778992 | Tarlow Stonecipher | &Steele PLLP | 1705 W. College St. | Bozeman, MT 59715–4913 | |
| 5778993 | Teton Heritage Builders | 80127 Gallatin Road | Suite B | Bozeman, MT 59718 | |
| 5778994 | Thornock Fine Carpentry Co. | 7960 Churchill Road | Manhattan, MT 59741 | | |
| 5778995 | Tim and Tricia Kish | 169 Andrews Rd | Guilford, CT 06437 | | |
| 5778996 | Treadwell &Rollo | Environmental &Geological Con | 555 Montgomery Street | San Francisco, CA 94111 | |
| 5778997 | Voyager Group Mgmt Svc | 2 Chatham Center | 2nd Floor | Pittsburgh, PA 15219 | |
| 5778998 | Voyager Lending Services | 90 Beta Drive | Pittsburgh, PA 15238 | | |
| 5778999 | Voyager Properties, LLC | 2 Chatham Center | Pittsburgh, PA 15219 | | |
| 5779000 | Walker Excavation, Inc. | 270 Floss Road Suite B | Belgrade, MT 59714 | | |
| 5779001 | White and Williams LLP | 1800 One Liberty Place | Philadelphia, PA 19103–7395 | | |
| 5779002 | Wilson and Associates | 3811 Turtle Creek Blvd. | Suite 1500 | Dallas, TX 75219 | |

TOTAL: 94